(21 Misc. Rep. 542.)

### VAN DYKE v. GARDNER.

(City Court of New York, General Term. October 26, 1897.)

PLEADING—ISSUE.
 An allegation in a defendant's pleading that plaintiff "is not the real party in interest" constitutes a mere legal conclusion, and raises no issue.

Appeal from trial term.

Action by Albert Van Dyke against John M. Gardner. Judgment for plaintiff. Defendant appeals. Affirmed.

Argued before FITZSIMONS, CONLAN, and SCHUCHMAN, JJ.

Henry M. Heyman, for appellant.
George Beel, for respondent.

PER CURIAM. Under the issues framed by the pleadings, defendant could not show that the plaintiff was not the real party in interest, as he failed to allege the facts necessary to raise such an issue. The mere legal conclusion "that plaintiff was not the real or proper party in interest," pleaded by him, was not sufficient. No error being discovered, judgment affirmed, with costs.